UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHAPTER 13

Susan Marie Shultis  CASE NO. 18-01155

      Debtor(s)

## MOTION TO RECONSIDER ORDER DISMISSING CASE

AND NOW, this 3rd day of August 2018, the Debtor, by and through her attorney, Dawn M. Cutaia, files this Motion to Reconsider Order Dismissing case and in support thereof state the following:

1. Debtor filed a Chapter 7 bankruptcy on March 23, 2018.
2. Debtor filed an application to pay the filing fee in installments, which was granted on March 26, 2018.
3. Debtors filing fee was due by July 21, 2018.
4. Debtor forgot to send in her filing fee and her case was dismissed on July 31, 2018.
5. Debtor paid her filing fee in the amount of $335.00 on August 3, 2018.

WHEREFORE, the Debtor respectfully requests this Honorable Court reconsider its Order of July 31, 2018, dismissing her case and reinstate her case.

    Respectfully Submitted,

    By: /s/ Dawn M.Cutaia
        Dawn M. Cutaia
        Supreme Court
        ID 77965
        Attorney for
        Debtor

UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHAPTER 13

Susan Marie Shultis    CASE NO. 18-01155

Debtor(s)

## ORDER REINSTATING CASE

AND NOW, upon consideration of Debtor's Motion to Reconsider Order Dismissing Case, said motion is hereby granted and upon Receipt of Debtor's Filing Fee, Debtor's case is reinstated.