UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SUSAN MARIE SHULTIS | CASE NO: 18-1155 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 8/3/2018, I did cause a copy of the following documents, described below,

motion to reconsider dismissing case

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/3/2018

/s/ Dawn Cutaia
Dawn Cutaia
Pugh & Cutaia
115 E. Philadelphia St.
York, PA 17401
717 304 1841

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SUSAN MARIE SHULTIS | CASE NO: 18-1155 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 8/3/2018, a copy of the following documents, described below,

motion to reconsider dismissing case

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/3/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn Cutaia
Pugh & Cutaia
115 E. Philadelphia St.
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | AMERICAN MEDICAL COLLECTION AGENCY | AMEX |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03141<br>CASE 1-18-BK-01155-RNO<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>HARRISBURG<br>FRI AUG 3 13-18-41 EDT 2018 | 4 WESTCHESTER PLAZA BUILDING 4<br>ELMSFORD NY 10523-1615 | CORRESPONDENCE<br>PO BOX 981540<br>EL PASO TX 79998-1540 |

| AMEX | ANDREW EISEMANN ESQUIRE | BALTIMORE COUNTY PHOTO ENFORCEMENT |
|---|---|---|
| PO BOX 981537<br>EL PASO TX 79998-1537 | CAPOZZI ADLER PC<br>2933 N FRONT STREET<br>HARRISBURG PA 17110-1250 | PO BOX 2095<br>BALTIMORE MD 21203-2095 |

| BARCLAYS BANK DELAWARE | BARCLAYS BANK DELAWARE | BENUCK RAINEY INC |
|---|---|---|
| 100 S WEST ST<br>WILMINGTON DE 19801-5015 | PO BOX 8803<br>WILMINGTON DE 19899-8803 | 25 CONCORD ROAD<br>LEE NH 03861-6659 |

| BREG INC | CGA LAW FIRM | CAPITAL ONE |
|---|---|---|
| PO BOX 844628<br>DALLAS TX 75284-4628 | 135 N GEORGE STREET<br>YORK PA 17401-1135 | ATTN GENERAL CORRESPONDENCEBANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |

| CAPITAL ONE | STEVEN M CARR TRUSTEE | CHASE CARD SERVICES |
|---|---|---|
| PO BOX 30281<br>SALT LAKE CITY UT 84130-0281 | REAM CARR MARKEY AND WOLOSHIN LLP<br>119 EAST MARKET STREET<br>YORK PA 17401-1221 | ATTN CORRESPONDENCE DEPT<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 |

| CHASE CARD SERVICES | CITIBANKTHE HOME DEPOT | CITIBANKTHE HOME DEPOT |
|---|---|---|
| PO BOX 15298<br>WILMINGTON DE 19850-5298 | CITICORP CR SRVSCENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>ST LOUIS MO 63179-0040 | PO BOX 6497<br>SIOUX FALLS SD 57117-6497 |

| COLUMBIA GAS | COMCAST | COMENITY BANKVICTORIA SECRET |
|---|---|---|
| 121 CHAMPION WAY<br>SUITE 100<br>CANONSBURG PA 15317-5817 | 1701 JFK BLVD<br>PHILADELPHIA PA 19103-2899 | ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 |

| COMENITY BANKVICTORIA SECRET | DAWN MARIE CUTAIA | DAIMLER TRUCK FINANCIAL |
|---|---|---|
| PO BOX 182789<br>COLUMBUS OH 43218-2789 | PUGH AND CUTAIA PLLC<br>115 E PHILADELPHIA STREET<br>YORK PA 17401-2437 | MBFS NON FLEET BOX 5260<br>8430 W BRYN MAWR 3RD FLOOR<br>CHICAGO IL 60631-3473 |

| DEPARTMENT OF REVENUE | US BANK | ELAN FINANCIAL SERVICE |
|---|---|---|
| 1 REVENUE PLACE<br>HARRISBURG PA 17129-0001 | PO BOX 5229<br>CINCINNATI OH 45201-5229 | CB DISPUTES<br>SAINT LOUIS MO 63166 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| EVEREST CONTRACTINGMICHAEL SHULTIS<br>26 JOHN RANDOLPH DRIVE<br>NEW FREEDOM PA 17349-9453 | FEDLOAN SERVICING<br>ATTENTION BANKRUPTCY<br>PO BOX 69184<br>HARRISBURG PA 17106-9184 | FEDLOAN SERVICING<br>PO BOX 60610<br>HARRISBURG PA 17106-0610 |
| HARRIS AND HARRIS<br>111 WEST JACKSON STREET STE 400<br>CHICAGO IL 60604-4135 | IRS CENTRALIZED INSOLVENCY OPER<br>POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 | KML LAW GROUP<br>701 MARKET ST STE 5000<br>PHILADELPHIA PA 19106-1541 |
| MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | MARYLAND SAFE ZONES<br>PO BOX 17648<br>BALTIMORE MD 21297-1648 | MERCEDES BENZ FINANCIA<br>PO BOX 961<br>ROANOKE TX 76262-0961 |
| MET ED<br>CO FIRST ENERGY CORP<br>76 SOUTH MAIN STREET<br>AKRON OH 44308-1812 | MICHAEL SHULTIS<br>26 JOHN RANDOLPH DRIVE<br>NEW FREEDOM PA 17349-9453 | NATIONWIDE CREDIT<br>5503 CHEROKEE AVENUE<br>ALEXANDRIA VA 22312-2307 |
| NATIONWIDE CREDIT<br>PO BOX 14581<br>DES MOINES IA 50306-3581 | NEW FREEDOM BORO<br>49 E HIGH STREET<br>NEW FREEDOM PA 17349-9665 | PNC BANK<br>1 FINANCIAL PKWY<br>KALAMAZOO MI 49009-8002 |
| PNC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 94982- MAILSTOP BR-YB58-01-5<br>CLEVELAND OH 44101-4982 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PENN WASTE<br>85 BRICK YARD ROAD<br>MANCHESTER PA 17345-9204 |
| PEOPLESBANK<br>105 LEADER HEIGHTS ROAD<br>YORK PA 17403-5137 | PROFESSIONAL ACCOUNT SERVICES<br>DELEWARE DOT<br>PO BOX 3032<br>MILWAUKEE WI 53201-3032 | QUEST DIAGNOSTICS<br>PO 7302<br>HOLLISTER MO 65673-7302 |
| RENEW FINANCIAL<br>PO BOS 809388<br>CHICAGO IL 60680-9388 | RICHARD RAFFERTY<br>1190 WEST ST GEORGES AVENUE<br>UNIT A 26<br>LINDEN NJ 07036-6151 | SELECT SECURITY<br>241 N PLUM STREET<br>LANCASTER PA 17602-2792 |
| SHEWSBURY LIMITED PARTNERSHIP<br>6000 EXECUTIVE BLVD STE 700<br>ROCKVILLE MD 20852-3883 | DEBTOR<br>SUSAN MARIE SHULTIS<br>26 JOHN RANDOLPH DR<br>NEW FREEDOM PA 17349-9453 | STATE OF DELEWARE DOT<br>EZPASS<br>PO BOX 697<br>DOVER DE 19903-0697 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
STOCK AND LEADER                          SUZANNE WEBB TAX COLLECTOR              SYNCBCARE CREDIT
221 W PHILADELPHIA STREET STE 600         217 W MAIN STREET                       CO PO BOX 965036
YORK PA 17401-2994                        NEW FREEDOM PA 17349-7942               ORLANDO FL 32896-0001


SYNCHRONY BANKAMAZON                      SYNCHRONY BANKAMAZON                    SYNCHRONY BANKSAMS
ATTN BANKRUPTCY                           PO BOX 965015                           ATTN BANKRUPTCY
PO BOX 965060                             ORLANDO FL 32896-5015                   PO BOX 965060
ORLANDO FL 32896-5060                                                             ORLANDO FL 32896-5060


SYNCHRONY BANKSAMS                        TD BANKNORTH NA                         TERMINEX
PO BOX 965005                             70 GRAY ROAD                            PO BOX 742592
ORLANDO FL 32896-5005                     FALMOUTH ME 04105-2299                  CINCINNATI OH 45274-2592


TNB VISA TV   TARGET                      TNB VISA TV   TARGET                    UNITED STATES TRUSTEE
CO FINANCIAL  RETAIL SERVICES             PO BOX 673                              228 WALNUT STREET SUITE 1190
MAILSTOP BV PO BOX 9475                   MINNEAPOLIS MN 55440-0673               HARRISBURG PA 17101-1722
MINNEAPOLIS MN 55440-9475


JAMES WARMBRODT                           YORK ADAMS TAX CLAIM BUREAU
701 MARKET STREET SUITE 5000              PO BOX 15627
PHILADEPHIA PA 19106-1541                 YORK PA 17405-0156
```