```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 18-01155-RNO
Susan Marie Shultis                                                      Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: JGoodling                Page 1 of 2            Date Rcvd: Aug 06, 2018
                               Form ID: pdf010                Total Noticed: 65


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2018.
db             +Susan Marie Shultis,    26 John Randolph Dr,   New Freedom, PA 17349-9453
5038158        +Amex,   Correspondence,    Po Box 981540,   El Paso TX 79998-1540
5038159        +Amex,   P.o. Box 981537,    El Paso TX 79998-1537
5038160        +Andrew Eisemann, Esquire,    Capozzi Adler, PC,   2933 N. Front Street,
                 Harrisburg PA 17110-1250
5038161         Baltimore County PHoto Enforcement,    PO Box 2095,   Baltimore MD 21203-2095
5038162        +Barclays Bank Delaware,    100 S West St,   Wilmington DE 19801-5015
5038163        +Barclays Bank Delaware,    Po Box 8803,   Wilmington DE 19899-8803
5038164        +Benuck & Rainey Inc.,    25 Concord Road,   Lee NH 03861-6659
5038165        +Breg, Inc.,   PO Box 844628,   Dallas TX 75284-4628
5038168        +CGA Law Firm,   135 N. George Street,    York PA 17401-1132
5038170        +Chase Card Services,    Po Box 15298,   Wilmington DE 19850-5298
5038169        +Chase Card Services,    Attn: Correspondence Dept,   Po Box 15298,    Wilmington DE 19850-5298
5038172        +Citibank/The Home Depot,    Po Box 6497,   Sioux Falls SD 57117-6497
5038171        +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 St Louis MO 63179-0040
5038173        +Columbia Gas,   121 Champion Way,    Suite 100,   Canonsburg PA 15317-5817
5038177        +Daimler Truck Financial,    MBFS Non Fleet Box 5260,   8430 W. Bryn Mawr 3rd Floor,
                 Chicago IL 60631-3473
5038156         Department of Revenue,    1 Revenue Place,   Harrisburg PA 17129-0001
5038179         Elan Financial Service,    Cb Disputes,   Saint Louis MO 63166
5038180        +Everest Contracting/Michael Shultis,    26 John Randolph Drive,   New Freedom PA 17349-9453
5038181        +FedLoan Servicing,    Attention: Bankruptcy,   Po Box 69184,   Harrisburg PA 17106-9184
5038182        +FedLoan Servicing,    Po Box 60610,   Harrisburg PA 17106-0610
5038184        +KML Law Group,   701 MARKET ST STE 5000,    Philadelphia PA 19106-1541
5038187        +Maryland Safe Zones,    PO Box 17648,   Baltimore MD 21297-1648
5038190        +Michael Shultis,   26 John Randolph Drive,    New Freedom PA 17349-9453
5038191        +Nationwide Credit,    5503 Cherokee Avenue,   Alexandria VA 22312-2307
5038192         Nationwide Credit,    PO Box 14581,   Des Moines IA 50306-3581
5038193        +New Freedom Boro,    49 E. High Street,   New Freedom PA 17349-9665
5038196        +PNC Bank,   Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland OH 44101-4982
5038197        +PNC Bank,   1 Financial Pkwy,    Kalamazoo MI 49009-8002
5038194        +Penn Waste,   85 Brick Yard Road,    Manchester PA 17345-9204
5038195        +Peoplesbank,   105 Leader Heights Road,    York PA 17403-5137
5038198        +Professional Account Services,    Deleware DOT,   PO Box 3032,    Milwaukee WI 53201-3032
5038200         Renew Financial,    PO Bos 809388,   Chicago IL 60680-9388
5038201        +Richard Rafferty,    1190 West St. George's Avenue,   Unit A 26,    Linden NJ 07036-6151
5038202        +Select Security,    241 N. Plum Street,   Lancaster PA 17602-2792
5038203        +Shewsbury Limited Partnership,    6000 EXECUTIVE BLVD STE 700,    Rockville MD 20852-3883
5038204         State of Deleware DOT,    EZPASS,   PO Box 697,   Dover DE 19903-0697
5038205        +Stock and Leader,    221 W. Philadelphia Street, Ste 600,    York PA 17401-2994
5038206        +Suzanne Webb Tax Collector,    217 W. Main Street,   New Freedom PA 17349-7942
5038214         Terminex,   PO Box 742592,    Cincinnati OH 45274-2592
5038216        +Tnb-Visa  (TV) / Target,    Po Box 673,   Minneapolis MN 55440-0673
5038215        +Tnb-Visa  (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,
                 Minneapolis MN 55440-9475
5038178       ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: Elan Financial Service,    Attn: Bankruptcy,    Po Box 5229,
                 Cincinnati OH 45201)
5038154        +York Adams Tax Claim Bureau,    PO BOX 15627,   York PA 17405-0156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5038157        +E-mail/Text: bkrpt@retrievalmasters.com Aug 06 2018 19:08:09
                 American Medical Collection Agency,    4 Westchester Plaza, Building 4,
                 Elmsford NY 10523-1615
5038167        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 06 2018 19:09:57     Capital One,
                 Po Box 30281,   Salt Lake City UT 84130-0281
5038166        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 06 2018 19:10:11     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City UT 84130-0285
5038174        +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Aug 06 2018 19:08:19     Comcast,
                 1701 JFK Blvd,   Philadelphia PA 19103-2899
5038175        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 06 2018 19:08:03
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy,   Po Box 182125,    Columbus OH 43218-2125
5038176        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 06 2018 19:08:03
                 Comenity Bank/Victoria Secret,    Po Box 182789,   Columbus OH 43218-2789
5038183         E-mail/Text: Harris@ebn.phinsolutions.com Aug 06 2018 19:08:33     Harris and Harris,
                 111 West Jackson Street, Ste 400,    Chicago IL 60604-4135
5038155         E-mail/Text: cio.bncmail@irs.gov Aug 06 2018 19:08:00     IRS Centralized Insolvency Oper.,
                 Post Office Box 7346,    Philadelphia PA 19101-7346
5038186         E-mail/Text: camanagement@mtb.com Aug 06 2018 19:08:03     M & T Bank,   1 Fountain Plz,
                 Buffalo NY 14203
5038185         E-mail/Text: camanagement@mtb.com Aug 06 2018 19:08:03     M & T Bank,   Po Box 844,
                 Buffalo NY 14240
```

```
District/off: 0314-1           User: JGoodling            Page 2 of 2                 Date Rcvd: Aug 06, 2018
                               Form ID: pdf010            Total Noticed: 65
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
5038188        +E-mail/Text: M74banko@daimler.com Aug 06 2018 19:08:31      Mercedes Benz Financia,
                 P.o. Box 961,    Roanoke TX 76262-0961
5038189        +E-mail/Text: bankruptcy@firstenergycorp.com Aug 06 2018 19:08:10      Met Ed,
                 c/o First Energy Corp,    76 South Main Street,    Akron OH 44308-1812
5039049        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 06 2018 19:10:11
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5038199         E-mail/Text: BankruptcyMail@questdiagnostics.com Aug 06 2018 19:08:30      Quest Diagnostics,
                 PO 7302,    Hollister MO 65673-7302
5038207        +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2018 19:10:11      Syncb/care Credit,
                 C/o Po Box 965036,    Orlando FL 32896-0001
5038208        +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2018 19:09:57      Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando FL 32896-5060
5038209        +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2018 19:10:11      Synchrony Bank/Amazon,
                 Po Box 965015,    Orlando FL 32896-5015
5038210        +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2018 19:09:57      Synchrony Bank/Sams,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando FL 32896-5060
5038211        +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2018 19:10:11      Synchrony Bank/Sams,
                 Po Box 965005,    Orlando FL 32896-5005
5038213         E-mail/Text: bankruptcy@td.com Aug 06 2018 19:08:10      TD Bank, N.A.,    70 Gray Rd,
                 Portland ME 04105
5038212         E-mail/Text: bankruptcy@td.com Aug 06 2018 19:08:10      TD Bank, N.A.,    Attn: Bankruptcy,
                 32 Chestnut St,    Lewiston ME 04243
                                                                                               TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2018 at the address(es) listed below:
```
              Dawn Marie Cutaia    on behalf of Debtor 1 Susan Marie Shultis dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  CHAPTER 13

Susan Marie Shultis  CASE NO. 18-01155

    Debtor(s)

ORDER REINSTATING CASE

AND NOW, upon consideration of Debtor's Motion to Reconsider Order Dismissing Case, said motion is hereby granted and upon Receipt of Debtor's Filing Fee, Debtor's case is reinstated.

Dated: August 06, 2018

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (BI)