Certificate Number: 17082-PAM-DE-034287654

Bankruptcy Case Number: 18-01155



17082-PAM-DE-034287654

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on March 29, 2020, at 8:40 o'clock AM MST, SUSAN M SHULTIS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   March 29, 2020            By:     /s/Orsolya K Lazar

                                  Name:   Orsolya K Lazar

                                  Title:  Executive Director