```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                          Case No. 18-01155-HWV
Susan Marie Shultis                                             Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 1        Date Rcvd: Mar 31, 2020
                          Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.
db         +Susan Marie Shultis,    26 John Randolph Dr,    New Freedom, PA 17349-9453

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2020 at the address(es) listed below:
        Dawn Marie Cutaia    on behalf of Debtor 1 Susan Marie Shultis dmcutaia@gmail.com, cutaialawecf@gmail.com;3479@notices.nextchapterbk.com;r46159@notify.bestcase.com
        James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
        Steven M. Carr (Trustee)    stevecarr8@comcast.net, pa31@ecfcbis.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                    TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Susan Marie Shultis, fka Susan Faster, | Chapter 7 |
| **Debtor 1** | Case No. 1:18−bk−01155−HWV |

Social Security No.:
xxx−xx−0045

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Steven M. Carr (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: March 31, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristinaKovach, Deputy Clerk

**fnldec** (05/18)